1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11    RAY GUTIERREZ,                          1:14-cv-02077 GSA (PC)

12              Plaintiff,

13        v.                                  ORDER DENYING MOTION FOR
                                              APPOINTMENT OF COUNSEL
14    HAROLD F. TATE, et al.,
                                              (Document# 3)
15              Defendants.

16

17        On December 29, 2014, Plaintiff filed a motion seeking the appointment of counsel.

18    Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v. Rowland,

19    113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to represent

20    plaintiff pursuant to 28 U.S.C. § 1915(e)(1).   Mallard v. United States District Court for the

21    Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989).  However, in certain

22    exceptional circumstances the court may request the voluntary assistance of counsel pursuant to

23    section 1915(e)(1).  Rand, 113 F.3d at 1525.

24        Without a reasonable method of securing and compensating counsel, the court will seek

25    volunteer counsel only in the most serious and exceptional cases.   In determining whether

26    "exceptional circumstances exist, the district court must evaluate both the likelihood of success of

27    the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the

28    complexity of the legal issues involved."  Id. (internal quotation marks and citations omitted).

1    In the present case, the court does not find the required exceptional circumstances.  At this

2  early stage in the proceedings, the court cannot make a determination that Plaintiff is likely to

3  succeed on the merits.  Plaintiff filed the Complaint on December 29, 2014, merely a week ago,

4  and the Complaint awaits the court's screening required under 28 U.S.C. 1915.  Thus, to date the

5  court has not found any cognizable claims in Plaintiff's Complaint for which to initiate service of

6  process, and no other parties have yet appeared.  Moreover, based on a review of the record in

7  this case, the court does not find that Plaintiff cannot adequately articulate his claims.  Therefore,

8  Plaintiff's motion shall be denied without prejudice to renewal of the motion at a later stage of the

9  proceedings.

   For the foregoing reasons, Plaintiff's motion for the appointment of counsel is HEREBY

10  DENIED, without prejudice.

11

12  IT IS SO ORDERED.

13
   Dated:   **January 5, 2015**                          **/s/ Gary S. Austin**

14                                         UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28