UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HAROLD TATE, et al.,<br><br>　　　　Defendants. | No. 1:14-cv-02077-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR REIMBURSEMENT OF FUNDS AS MOOT<br><br>(ECF No. 18) |

On May 3, 2016, the instant action filed pursuant to 42 U.S.C. § 1983 was dismissed for failure to prosecute and failure to state a cognizable claim for relief, and judgment was entered this same date. (ECF Nos. 15, 16.)

On April 27, 2023, Plaintiff filed a motion requesting to be reimbursed funds that were deduced as overpayment in this case. (ECF No. 18.) Based on a review of the Court's financial records, Plaintiff was provided a reimbursement of $32.13 as overpayment toward the filing fee in this case on May 12, 2023. Accordingly, Plaintiff's motion for reimbursement of funds is denied as moot.

IT IS SO ORDERED.

Dated:   **August 28, 2023**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1